Form 3A
(10/05)

# United States Bankruptcy Court
District Of _____Illinois_____

In re __Krishna Rogers__
         Debtor

Case No. __07-20149__

Chapter __13__

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the filing fee amounting to $__274__ in installments.

2. I am unable to pay the filing fee except in installments.

3. Until the filing fee is paid in full, I will not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

4. I propose the following terms for the payment of the Filing Fee.*

   $ __68.50__    Check one ☑  With the filing of the petition, or
                          ☐  On or before _____

   $ __68.50__    on or before __Nov. 29th 2007__
   $ __68.50__    on or before __Dec. 28th 2007__
   $ __68.50__    on or before __Jan. 29, 2008__

\* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

Signature of Attorney      Date

Name of Attorney

Signature of Debtor    Date  24 Oct 07
(In a joint case, both spouses must sign.)

Signature of Joint Debtor (if any)    Date

OCT 30 2007

KENNETH S. GARDNER, Clerk
US BKCY. - DCS

Form 3A Contd.
(10/05)

# United States Bankruptcy Court
District Of _____Illinois_____

In re __Kristine Rogers__
              Debtor

Case No. 07-20149

Chapter 13

**ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS**

    ☐    IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

    ☐    IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ _____ Check one ☐ With the filing of the petition, or
                                 ☐ On or before _____

$ _____ on or before _____

$ _____ on or before _____

$ _____ on or before _____

    ☐    IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

Date: OCT 3 0 2007

**KENNETH S. GARDNER**
Clerk, U.S. Bankruptcy Court

Kenneth S. Gardner Clerk of the Court